IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TONYA DE LA CRUZ, ) | |
| ) | |
| Plaintiff, ) | Case No. CIV-17-374-C |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| (1) ZURICH AMERICAN INSURANCE ) | Removed from District Court |
| COMPANY, a foreign for-profit ) | of Cleveland County, |
| corporation, ) | Case No. CJ-2017-122 |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Tonya De La Cruz, and the Defendant, Zurich American Insurance Company, hereby stipulate through their respective counsel that this case is dismissed with prejudice to the re-filing thereof, with each party to bear its own costs and attorney fees.

DATED this 6th day of July 2017.

| | |
|---|---|
| *s/ Jason Hicks* | *s/ William D. Perrine* |
| Chris Hammons, OBA No. 20233 | William D. Perrine, OBA No. 11955 |
| Jason Hicks, OBA No. 22176 | Reagan Madison Fort, OBA No. 20761 |
| **(Signed by Filing Attorney with permission of Attorney)** | PERRINE, REDEMANN, BERRY, TAYLOR & SLOAN, P.L.L.C. |
| Laird, Hammons, Laird, PLLC | P.O. Box 1710 |
| 1332 S.W. 89th Street | Tulsa, Oklahoma 74101 |
| Oklahoma City, OK 73159 | Telephone:   918-382-1400 |
| Telephone: 405-703-4567 | Facsimile:   918-382-1499 |
| Facsimile:  405-703-4061 | wperrine@pmrlaw.net |
| chris@lhllaw.com | rmadison@pmrlaw.net |
| jason@lhllaw.com | *Counsel for Defendant* |
| *Attorney for Plaintiff* | |